IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LOCK, *Plaintiff* : | CIVIL ACTION |
| v. : | |
| ANDREW SAUL, Commissioner of the Social Security Administration, *Defendant* : | No. 18-3488 |

## ORDER

AND NOW, this ____ day of September 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's response thereto (Doc. No. 11), Plaintiff's reply (Doc. No. 12), Magistrate Judge Thomas J. Rueter's Report & Recommendation (Doc. No. 14), Plaintiff's Objections to the Report & Recommendation (Doc. No. 15), Defendant's response thereto (Doc. No. 18), and the administrative record, it is **ORDERED** that:

1. The Report & Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections (Doc. No. 15) are **OVERRULED** for the reasons set forth in the accompanying Memorandum;

3. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and Plaintiff's Request for Review (Doc. No. 9) is **DENIED**; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE